**HEDIN HALL LLP**
FRANK S. HEDIN (SBH 291289)
fhedin@hedinhall.com
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801

*Attorneys for Plaintiff Deborah Elimelech*

**QUARLES & BRADY LLP**
AARON A. BUCKLEY (SBN 202081)
aaron.buckley@quarles.com
LORENE R. DANGA (SBN 166610)
lorene.danga@quarles.com
Zachary Foster (*pro hac vice forthcoming*)
Zachary.Foster@quarles.com
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

*Attorneys for Defendant Thumbtack, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ELIMELECH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THUMBTACK, INC.,<br><br>Defendant. | Case No. 3:23-cv-01957-CRB<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO INDIVIDUAL CLAIMS AND [PROPOSED] ORDER** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Deborah Elimelech, by and through her undersigned counsel, and Defendant Thumbtack, Inc., by and through their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that each and every individual count and claim asserted in this action be dismissed with prejudice, each party to bear their own costs, expenses and fees, and each and every class claim be dismissed without prejudice.

Dated:  July 6, 2023               QUARLES & BRADY LLP

                                   By: _____
                                   AARON A. BUCKLEY
                                   LORENE R. DANGA
                                   Attorneys for Defendant Thumbtack, Inc.

Dated:  July 6, 2023               HEDIN HALL LLP

                                   By: _____
                                   FRANK S. HEDIN
                                   Attorneys for Plaintiff Deborah Elimelech

## [~~PROPOSED~~] ORDER

Based on the stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice as to all individual claims, each party to bear their own costs, expenses and fees, and without prejudice as to all class claims. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: July 10, 2023        By: _____
                                 Hon. Charles R. Breyer
                                 United States District Judge